**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SALVATORE P. CORDOVANO,

    Plaintiff,

v.                                       CASE NO. 5:15-cv-00311-MP-GRJ

MRS. PETERSON, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated January 20, 2016. (Doc. 4). The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc.

7. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I

have determined that the Report and Recommendation should be adopted. Plaintiff's remaining

motions, submitted with his objections on Doc. 7, are now denied as moot.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and
incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE for abuse of the judicial
process. Pursuant to 28 U.S.C. § 1915, this dismissal counts as a "strike" against
Plaintiff.

3.    Plaintiff's Motion for Judicial Disqualification, Doc. 7, is DENIED AS MOOT.

4.      Plaintiff's Motion for Change of Venue, Doc. 7, is DENIED AS MOOT.

5.      The clerk is directed to close the file.

**DONE AND ORDERED** this  *19th*  day of February, 2016


*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge